IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

POINT BLANK ENTERPRISES, INC., a Delaware corporation,

    Plaintiff.

vs.

ITEN INDUSTRIES, INC., an Ohio corporation,

    Defendant.
_____/

CIVIL ACTION NO. _____

## COMPLAINT

Plaintiff Point Blank Enterprises, Inc. ("Plaintiff" or "Point Blank") sues Defendant Iten Industries, Inc. ("Defendant" or "Iten") and alleges as follows:

### PRELIMINARY STATEMENT

1. Point Blank is the world's leading manufacturer of life-saving body armor. This is a suit for damages in excess of $3.4 million for Iten's breach of contractual performance and pricing obligations for pressed polyethylene products and services, which has harmed Point Blank and its critical production of life-saving body armor.

### PARTIES

2. Point Blank is a Delaware corporation with its principal place of business at 2102 SW 2nd Street, Pompano Beach, FL 33069.

3. Iten is an Ohio corporation with its principal place of business at 4602 Benefit Avenue, Ashtabula, Ohio 44005.

### JURISDICTION AND VENUE

4. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because of diversity of citizenship between the parties and the matter in controversy exceeds the sum or

value of $75,000, exclusive of interest and costs.

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because this district has a substantial connection to Point Blank's claims and is where a substantial part of the events or omissions giving rise to the claims have occurred.

6.  The Court has personal jurisdiction over Iten pursuant to § 48.193, Fla. Stat. Iten has performed acts subjecting itself to the jurisdiction of the courts of the state of Florida and maintains minimum contacts with Florida, as discussed throughout this Complaint, including but not limited to (1) operating, conducting, engaging in, or carrying on a business or business venture in Florida though its work as a large volume subcontractor for Point Blank; (2) causing injury to Point Blank in Florida arising out of Iten's breaches of contract both inside and outside of Florida while Iten was engaged in solicitation or service activities within Florida, including but not limited to Iten's solicitation of the services set forth below for Point Blank, or while products, materials, or things processed, serviced, or manufactured by Iten anywhere, including its custom plastic components, were used or consumed within Florida in the ordinary course of commerce, trade or use; or (3) breaching contracts in Florida by failing to perform acts required by the contracts to be performed in this state, namely the fulfillment of services to Point Blank and the continuous, systematic or high volume shipment of goods, including pressed polyethylene products, to Point Blank's facilities in Florida.

7.  In addition, the Court has personal jurisdiction over Iten pursuant to § 48.193, Fla. Stat., because Iten is engaged in substantial and not isolated activity within Florida though its production and distribution of custom manufactured plastic components and parts, including but not limited to thermoset and thermoplastic components, to customers in Florida. In fact, Iten's website touts its presence in 21 countries and "All 50 States". *See* www.itenindustries.com (stating

"Why Choose Iten? … 21 Countries and All 50 States") (last accessed December 3, 2020).

**FACTS**

**I.     Background on Plaintiff Point Blank**

8.      Point Blank develops, manufactures, sells, and distributes high-performance body armor and protective solutions, including bullet, fragmentation, and stab resistant body armor (a/k/a "bulletproof vests"). Point Blank is recognized as the worldwide leader in the development, manufacturing, and distribution of high-performance body armor and the garments and accessories that accompany such armor.

9.      Point Blank supplies body armor solutions to the United States Department of Defense, various federal agencies, and domestic and international law enforcement and corrections professionals. Point Blank's products have been credited worldwide with saving countless lives for American service members, law enforcement, and corrections and security personnel.

10.     Point Blank has produced millions of body armor solutions for our armed forces, federal, state, and local law enforcement professionals, emergency personnel and first responders, and other key worldwide security concerns.

11.     Point Blank invests substantial sums in design, research and development, and training in order to develop and manufacture body armor of the highest quality that is light, flexible, and provides the highest possible ballistic and threat protections.

12.     Point Blank has a portfolio of product brands that operate as separate divisions, including but not limited to The Protective Group – a hard armor division in Miami Lakes, Florida.

**II.    Defendant Iten Provided Pressed Polyethylene Services and Products for Point Blank's Body Armor**

13.     Since approximately 2018, Iten has provided pressed polyethylene services and products for The Protective Group division of Point Blank.

14. During Iten and Point Blank's course of dealings, Iten would provide firm and fixed price commitments as a subcontractor on United States Department of Defense contracts awarded to Point Blank.

15. At a basic level, Iten's firm price commitments for pressing was a basis for Point Blank's price to the United States Government. Point Blank relied on Iten honoring its contracts with Point Blank as part of its critical work for the United States Department of Defense.

### III. Iten Sells Its Pressing Operation

16. On or about August 5, 2019, Iten sold certain of its assets to non-party Iten Defense, LLC ("Defense"), including its polyethylene presses and other assets that were used by Iten for its performance of its contracts with Point Blank.

17. Point Blank was not given any prior notice of Iten's sale of assets to Defense or complete copies of the operative written agreements and understandings between Iten and Defense.

18. On August 12, 2019, Iten and non-party Defense sent the letter attached as **Exhibit 1** to this Complaint, stating, among other things that "Business will continue to be conducted as it has prior to August 5, 2019 using the same location, equipment, and personnel previously associated with Iten Industries." The letter further states: "Along with the asset transition, Iten Defense also acquired all Iten Industries' raw materials, current contracts and purchase orders. Since this was an asset purchase, no liabilities were acquired in the transaction. Iten Industries retains all representations and warranties on products shipped on or before August 2, 2019. As of August 5, 2019, Iten Defense will assume all representations and warranties on products shipped."

19. Per Point Blank's Standard Purchase Order Terms and Conditions attached as **Exhibit 2** to this Complaint (the "Terms and Conditions"), Point Blank had the right to review and approve the assignment of any purchase orders by Iten to non-party Defense. Section 20 of the

4

Terms and Conditions states: "**ASSIGNMENT:** This Order or monies due pursuant to it may not be assigned in whole or in part without written consent of Buyer."

20. Non-Party Defense has not performed Iten's obligations to Point Blank on the same terms, conditions, and prices previously agreed to by Iten and required different prices and terms.

21. Faced with a profound interruption to its subcontractor relationship for pressed polyethylene upon Iten's material breaches of its contracts with Point Blank, Point Blank had little choice other than to mitigate its damages by agreeing to pay higher prices to Defense.

22. Because of the increased prices that Point Blank was forced to pay Defense to maintain its obligations to the United States Department of Defense, Point Blank has suffered significant financial harm. Iten's failure to perform has caused Point Blank to suffer money damages of at least $3,453,851 for three body armor product lines:

   a. DLA ESAPI Bridge products damages of $1,193,948;

   b. DLA ESAPI UONS products damages of $161,968; and

   c. VTP ESBI products damages of $2,097,935.

23. Point Blank is entitled to attorneys' fees, all expenses of litigation, and court costs arising from Iten's breaches and non-performance of its obligations per § 26 of Point Blank's Terms and Conditions.

24. Point Blank has retained Berger Singerman LLP to represent it in this matter and has agreed to pay Berger Singerman LLP's reasonable attorneys' fees, costs and expenses of suit.

25. All conditions precedent to this action have been met, waived, or rendered futile.

## COUNT I – BREACH OF CONTRACT

26. Point Blank incorporates and realleges paragraphs 1 through 25 as if set forth herein.

27. During their course of dealings, Iten and Point Blank entered into valid and existing contracts that were materially breached by Iten upon Iten's sale of assets to Defense.

28. Iten entered into contract with Point Blank to produce (1) 161,705 units of DLA ESAPI Bridge products; (2) 113,264 units of DLA ESAPI UONs products; and (3) 49,634 units of VTP ESBI products based on fixed, firm, and specific pricing.

29. In connection with Iten's sale of assets to Defense, Iten materially breached and failed to perform the foregoing contracts and additional obligations to Point Blank.

30. In connection with Iten's sale of assets to Defense, Iten materially breached Point Blank's Terms and Conditions, including but not limited to the requirement in section 20 that Point Blank consent in writing to any assignment of any purchase order.

31. Iten's material breaches of contract and failures to perform have resulted in monetary damages of at least $3,453,851 to Point Blank, which was forced to mitigate its damages by paying significantly higher prices to Defense for the same products or services.

32. Iten has committed additional material breaches of its contracts with Point Blank, including but not limited to violations of the implied duty of good faith and fair dealing arising from Iten's undisclosed and unconsented sale of assets to Defense that were dedicated to Iten's business with Point Blank.

WHEREFORE, Plaintiff Point Blank Enterprises, Inc. demands judgment in its favor and against Defendant Iten Industries, Inc. for damages for breach of contract of at least $3,453,851 plus interest or an amount to be established at trial; attorneys' fees, expenses of litigation, and court costs under § 26 of Point Blank's Terms and Conditions; and all such other relief that is just and proper.

Dated: December 3, 2020.

Respectfully submitted,

**BERGER SINGERMAN LLP**
*Counsel for Plaintiff*
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

By:  *Alejandro M. Miyar*
    Leonard K. Samuels
    Florida Bar No. 501610
    lsamuels@bergersingerman.com
    Alejandro M. Miyar
    Florida Bar No. 105399
    amiyar@bergersingerman.com
    drt@bergersingerman.com

9758191-4